UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALSPAW, | No. 2:21-cv-02218 AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On February 14, 2022, this court issued a scheduling order indicating that plaintiff's motion for summary judgment was due within 45 days, on March 31, 2022.  ECF No. 9.  On December 8, 2021, the clerk of court issued an order indicating that the parties' forms consenting to or declining magistrate judge jurisdiction were due on March 11, 2022.  ECF No. 6.  Both deadlines have now passed, and plaintiff has not filed the anticipated motion or the consent/decline form.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why the failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to

////

////

prosecute. Plaintiff must also submit his consent/decline form within 14 days of this order. Filing both the motion and the consent/decline form will automatically discharge this order.

DATED: April 4, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE